FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 AUG 19 PM 3: 14

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 14-2856 KG |
| ) | |
| vs. ) | 21 U.S.C. § 846: Conspiracy |
| ) | |
| JUAN DANIEL PARRA, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about May 13, 2014, in Luna County, in the District of New Mexico, the defendant, **JUAN DANIEL PARRA**, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with other persons whose names are known and unknown to the Government to commit an offense against the United States, specifically, possess with intent to distribute marijuana, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

In violation of 21 U.S.C. § 846.

DAMON P. MARTINEZ
United States Attorney

*Rony Castillo*

for RENEE L. CAMACHO
Assistant U.S. Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM 88011
(575) 522-2304