UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No. | **14-2856 KG** | USA vs. | **PARRA** | |
| Date: | **10/14/2015** | Name of Deft: | **JUAN DANIEL PARRA** | |
| Before the Honorable | | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Time In/Out: | **10:52 – 11:21 AM** | | Total Time in Court (for JS10): | **29 MINUTES** | | |
| Clerk: | **CHRIS EUBANKS** | | Court Reporter: | **DANNA SCHUTTE EVERETT** | | |
| AUSA: | **RICHARD WILLIAMS** | | Defendant's Counsel: | **JESS LILLEY** | | |
| Sentencing in: | **Las Cruces** | | Interpreter: | **NONE** | | |
| Probation Officer: | **DAVID MILLS** | | Sworn? | | Yes | No |
| Convicted on: | X | Plea | | Verdict | As to: | X | Information | | Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **8/19/2014** | | | PSR: | X | Not Disputed | | Disputed |
| PSR: | X | Court Adopts PSR Findings | | Evidentiary Hearing: | X | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | |

### SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| Imprisonment (BOP): | **17 MONTHS AND 2 DAYS TIME SERVED** | | |
| Supervised Release: **3 YEARS** | Probation: | | 500-Hour Drug Program |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | X | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| X | Participate in substance abuse program/drug testing | | Reside residential reentry center _____ months _____ days |
| X | Participate in mental health program | | Register as sex offender |
| X | No alcohol and other forms of intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| X | Other: **DEFENDANT SHALL NOT POSSESS A FIREARM, AMMUNITION, DESTRUCTIVE DEVICE, OR ANY DANGEROUS WEAPON. DEFENDANT IS TO SUBMIT TO DNA COLLECTION, AS DIRECTED BY STATUTE. DEFENDANT MUST REFRAIN FROM THE USE AND POSSESSION OF SYNTHETIC CANNABINOIDS OR OTHER LEGALLY SOLD DESIGNER DRUGS.** | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | | | Restitution: $ | |
| SPA: $ | **100.00** ($100 as to each Count) | | Payment Schedule: | X Due Imm. | | Waived |
| OTHER: | | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS | **DEFENSE COUNSEL ADDRESSES THE COURT AND ASKS FOR A LOW END SENTENCE. GOVERNMENT HAS NO OBJECTIONS. DEFENDANT ALLOCUTES.** | | |